RUSSOS v. WHEATON INDUS.

No. 461P01

Case below: 355 N.C. 214

145 N.C. App. 164

Motion by defendants for temporary stay denied 9 May 2002. Petition by defendants for writ of supersedeas denied 9 May 2002. Petition and motion by defendant for rehearing of denial of petition for discretionary review denied 9 May 2002.

STATE v. ARRINGTON

No. 489P01

Case below: 135 N.C. App. 232

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 2002. Notice of appeal by plaintiff pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 9 May 2002.

STATE v. ARROYO

No. 513P01

Case below: 145 N.C. App. 503

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

STATE v. BOND

No. 143A95-2

Case below: Bertie County Superior Court

Petition by defendant pro se for writ of mandamus denied 9 May 2002. Motion by defendant pro se for judicial notice dismissed 9 May 2002.